Yuri Hovhannisyan, Esq.
Attorney at Law

Address: 52-47 83 Street
Elmhurst, NY 11373
Phone: 646-939-6237
E-Mail: yuri@yhovlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 08/17/2026

August 14, 2026

Attn: Chambers of The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Danilo Isaias Toalombo-Bombon v. Warden in Charge of Detention, et al., 26 CV. 5945 (MMG)

The Petitioner, through the undersigned counsel, respectfully submits this letter regarding the status of the motion to reopen submitted by the Respondent. To the best of Respondent's knowledge, there has been no decision on the motion to reopen, and the motion is pending.

Respectfully submitted,

____________________
Yuri Hovhannisyan, Esq.
Counsel for Petitioner

Petitioner is ORDERED to file a further status letter by **September 16, 2026**, or within one business day of any decision, whichever is sooner, advising the Court on the status of the motion to reopen and proposing next steps for the present petition.

SO ORDERED. Dated August 17, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE