USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANILO ISAIAS TOALOMBO-BOMBON,

Petitioner,

-against-

HAYNES, et al.,

Respondents.

26-CV-05945 (MMG)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

MARGARET M. GARNETT, United States District Judge:

Petitioner Danilo Isaias Toalombo-Bombon has brought this petition for a writ of *habeas corpus pro se*. To proceed with a petition for a writ of *habeas corpus* in this court, a $5.00 filing fee must be paid or, to request authorization to proceed *in forma pauperis* ("IFP"), a completed and signed IFP application must be filed. *See* 28 U.S.C. §§ 1914, 1915. At the time of filing, no IFP application was filed and the $5.00 fee was not paid.

Accordingly, within 30 days of the date of this order, Petitioner is ORDERED to pay the $5.00 filing fee or submit a completed and signed IFP application.[1] If an IFP application is filed, it should be labeled with docket number 26-CV-05945 (MMG). If the Court grants the IFP application, this action will proceed without the prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

If Petitioner fails to comply with this order within the time allowed, and does not request additional time to respond, the Court will dismiss this action.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf.*

[1] An IFP application form is attached to this order.

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action. Petitioner may receive court documents by email by completing the form, Consent to Electronic Service..[2]

SO ORDERED.

Dated: August 24, 2026
New York, New York

HON. MARGARET M. GARNETT
United States District Judge

[2] For more information about consenting to electronic service, please review the court's Instructions. If Petitioner consents to receive documents by email, he will no longer receive court documents by regular mail.